

## NUMBER 13-08-00382-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

JUAN MUNGIA, AS SURVIVING SPOUSE OF
CONCEPCION MUNGIA, DECEASED, AND
JOSE SEGURA, INDIVIDUALLY,                                   **Appellants**,

**v.**

DETAR HOSPITAL NAVARRO, DR. PETER
PAUL ROJAS, AND RONDA MASCIARELLI,                          **Appellees**.

On appeal from the 24th District Court of Victoria County, Texas.

## MEMORANDUM OPINION

**Before Justices Yañez, Rodriguez, and Benavides**
**Memorandum Opinion Per Curiam**

Appellants, Juan Mungia, as surviving spouse of Concepcion Mungia, deceased,

and Jose Segura, individually, perfected an appeal from a judgment entered by the 24th

District Court of Victoria County, Texas, in cause number 08-1-66727-A. Appellants have

filed a motion to dismiss the appeal on grounds that the parties have executed a settlement agreement. Appellants request that this Court dismiss the appeal.

The Court, having considered the documents on file and appellants' motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellants' motion to dismiss is granted, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Memorandum Opinion delivered and
filed this the 23rd day of July, 2009.